[No. 24987–8–I.  Division One.  March 4, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM R. BATES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89–1–03791–9, R. Joseph Wesley, J., entered October 23, 1989. *Dismissed* by unpublished per curiam opinion.

[Nos. 25510–0–I; 25569–0–I; 25316–6–I.  Division One.  March 4, 1991.]

MARGARET VAN NATTER, *Appellant,* v. THE CITY OF BOTHELL, ET AL, *Respondents.*

MARGARET VAN NATTER, *Appellant,* v. NORTHSHORE SCHOOL DISTRICT NO. 417, *Respondent.*

Appeals from judgments of the Superior Court for King County, Nos. 89–2–22582–4, 88–2–03380–3, Charles S. Burdell, Jr., J., entered December 12 and November 3, 1989. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Pekelis and Baker, JJ.

[No. 25678–5–I.  Division One.  March 4, 1991.]

*In the Matter of the Personal Restraint of* ROBERT RAETHKE, *Petitioner.*

Petition for relief from personal restraint. *Remanded with instructions* by unpublished per curiam opinion.

[No. 27295–1–I.  Division One.  March 4, 1991.]

RONALD J. STRONG, *Appellant,* v. ARTHUR WALLENSTEIN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 90–2–20780–3, Charles V. Johnson, J., entered November 15, 1990. *Affirmed* by unpublished per curiam opinion.